# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELECIO MAGANA CARDONA,<br>Petitioner,<br>v.<br>MULE CREEK, et al.,<br>Respondents. | Case No. 18-cv-05779-HSG (PR)<br><br>**JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of respondents.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/30/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge